Melanie M. Poturica, Bar No. 91279
mpoturica@lcwlegal.com
G. Arthur Meneses, Bar No. 105260
ameneses@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 W. Century Boulevard, Suite 500
Los Angeles, CA  90045

Telephone:  (310) 981-2000
Facsimile:   (310) 337-0837

Attorneys for Defendants
LOS ANGELES UNIFIED SCHOOL DISTRICT,
ROY ROMER, SUSAN SHANNON, MARIA
OCHOA, KAREN O'RILEY, NAOMI SUENAKA,
and ALVARO CORTES

**MADE JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMON HOBDY, JR.,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES UNIFIED SCHOOL DISTRICT, ROY ROMER, GENERAL SUPERINTENDENT OF SCHOOLS, SUSAN SHANNON, SUPERINTENDENT DISTRICT 2 OF THE LOS ANGELES UNIFED SCHOOL DISTRICT, MARIA OCHOA, DIRECTOR SCHOOL SERVICES OF THE LOS ANGELES UNIFIED SCHOOL DISTRICT, KAREN O'RILEY, PRINCIPAL OF MACLAY MIDDLE SCHOOL OF THE LOS ANGELES UNIFIED SCHOOL DISTRICT, NAOMI SUENAKA, COORDINATOR OFFICE OF STAFF RELATIONS OF THE LOS ANGELES UNIFIED SCHOOL DISTRICT, ALVARO CORTES, DIRECTOR LOCAL DISTRICT 2 LOS ANGELES UNIFIED SCHOOL DISTRICT,<br><br>Defendants. | Case No.  CV06-3319 GW (Ex)<br>Assigned to the Honorable George H. Wu, Courtroom 10<br><br>**JUDGMENT ON DEFENDANT LOS ANGELES UNIFIED SCHOOL DISTRICT'S MOTION FOR SUMMARY JUDGMENT** |

293273.1 LO135-056                                                                             [PROPOSED] JUDGMENT

This action came on for hearing before the Court on January 14, 2008 on Defendant Los Angeles Unified School District's motion for summary judgment against Plaintiff Waymon Hobdy, Jr.

The evidence having been presented and fully considered, the motion for summary judgment having been granted and Defendants Roy Romer, Susan Shannon, Maria Ochoa, Karen O'Riley, Naomi Suenaka, and Alvaro Cortes already having been dismissed with prejudice pursuant to the Court's order of September 22, 2006,

IT IS HEREBY ORDERED AND ADJUDICATED that Plaintiff take nothing by reason of his complaint, that the action be dismissed with prejudice on the merits and that Defendants recover their costs.

Dated: December 19, 2008

_____
Honorable George H. Wu
United States District Court